Debora Rostamkhani, Esq. (SBN 334342)
**CALI LAW FIRM, APC**
2601 Airport Drive, Suite 240
Torrance, CA 90505
Telephone: (818) 861-6555
Facsimile: (818) 864-0010
Email: info@calilawfirm.com

Attorney for Plaintiff,
**MICHAEL AMINI**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AMINI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; KEYES EUROPEAN, LLC, a California Limited Liability Company d/b/a KEYES EUROPEAN; TROPHY AUTOMOTIVE DEALER GROUP, LLC, a Delaware Limited Liability Company d/b/a MERCEDES-BENZ OF ENCINO, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-03249-WLH(SKx)<br><br>**NOTICE OF FILING FIRST AMENDED COMPLAINT**<br><br>**(Pursuant to Fed. R. Civ. P. 15(a)(1))**<br><br>[Filed concurrently with First Amended Complaint]<br><br>**Complaint filed:** March 11, 2025 (Los Angeles Superior Court)<br>**District Judge:** Honorable Wesley L. Hsu<br>**Magistrate Judge:** Honorable Steve Kim |

**TO THE HONORABLE COURT, ALL PARTIES OF INTEREST, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 15(a)(1), Plaintiff Michael Amini hereby files this First Amended Complaint as a matter of right. The original Complaint was filed in Los Angeles Superior Court on March 11, 2025.

This First Amended Complaint:

1) Adds KEYES EUROPEAN, LLC, a California Limited Company doing business as KEYES EUROPEAN with its principal place of business in the City of Woodland Hills, State of California, whose managing member is a resident of California; and
2) Adds TROPHY AUTOMOTIVE DEALER GROUP, LLC, a Delaware Limited Liability Company doing business as MERCEDES-BENZ OF ENCINO, whose managing member is a resident of the City of Carson, State of California.

These defendants are added due to their direct role in the servicing and repair of the subject vehicle. The amendment is made in good faith and includes additional factual allegations relating to the vehicle's repair history.

A true and correct copy of the First Amended Complaint is filed concurrently herewith.

Dated: April 19, 2025

**CALI LAW FIRM, APC**

Debora Rostamkhani, Esq.
Attorneys for Plaintiff,
**MICHAEL AMINI**